

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**OFFICE OF THE CLERK**

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Reply to Southern Division Address                                   Elizabeth B. Snowden, Chief Deputy

April 23, 2014

Lauri O'Neal
114 Oak Drive
Annapolis, MD 21401

      RE:    Malibu Media v. Doe
               USDC Case No. PJM 14-cv-0648

Dear Counsel/Party:

The above-referenced case is subject to this Court's electronic filing requirements and procedures. Our records show that:

☐    You are not a member in good standing of our bar. Your appearance has <u>not</u> been entered in this case and you will not receive copies of orders and other documents filed in this case. Within **fourteen (14) days** from the date of this letter, you must notify the chambers of the presiding judge whether you will be seeking admission or if another attorney will be entering an appearance in your place. For information on becoming a member of our bar or appearing *pro hac vice*, please visit our website at www.mdd.uscourts.gov. If you were previously a bar member and have questions regarding your status, please contact attorney admissions at (410) 962-3293. Once you have been admitted, you **must** register to use CM/ECF.

☒    You are not a registered CM/ECF user. To register, go to our website at www.mdd.uscourts.gov and select "CM/ECF Registration" from the CM/ECF menu. Information about electronic filing procedures and requirements is also available on our website. Please note that because this case is subject to electronic filing, any documents submitted for filing in paper format may be returned to you. This Court does <u>not</u> mail paper copies of orders and other documents that are filed electronically.

                                            Sincerely,
                                            /s/
                                         Felicia C. Cannon, Clerk

cc:    All counsel/parties

Notification Letter (03/2014)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**