UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | * | |
| Plaintiff, | * | CASE NO. 8:14-cv-00648-PJM |
| v. | * | |
| JOHN DOE subscriber assigned IP address 69.255.0.42, | * | |
| | * | |
| Defendant. | * | |

## ORDER

IN CONSIDERATION of the Motion filed by the Defendant to quash subpoena issued in the above-captioned matter, and in further consideration of the Memorandum in opposition thereto filed by the Plaintiff, it is this __3__ day of __June__, 2014 by the United States District Court for the District of Maryland hereby ORDERED, that the Defendant's Motion be, and the same hereby is DENIED.

By _____
UNITED STATES DISTRICT JUDGE

___ FILED   ___ ENTERED
___ LOGGED  ___ RECEIVED

JUN 3 2014

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY