**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                      Civil Action No.  8:14-cv-00648-PJM

JOHN DOE, subscriber assigned IP address 69.255.0.42,

    Defendant.

                                          /

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned the IP address 69.255.0.42. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated:  June 4, 2014

                                                             Respectfully submitted,

                                                              By:  /s/ *Jon A. Hoppe*
                                                              Jon A. Hoppe, Esquire
                                                              jhoppe@mhhhlawfirm.com
                                                              MADDOX, HOPPE, HOOFNAGLE & HAFEY, L.L.C.
                                                             1401 Mercantile Lane #105
                                                              Largo, Maryland 20774
                                                              Phone:  301-341-2580
                                                              *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 4, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                          By:  /s/ Jon A. Hoppe_____
                                                Jon A. Hoppe